**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JUAN MANUEL ANGULO-MORGAN, | No. 06-72089 |
| Petitioner, | Agency No. A078-246-960 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012[**]

Before:     CANBY, GRABER, and M. SMITH, Circuit Judges.

Juan Manuel Angulo-Morgan, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's reinstatement of a prior order of removal.  We have

jurisdiction under 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Our review of a reinstatement order is limited to the agency's compliance with the reinstatement regulations at 8 C.F.R. § 1241.8. *Garcia de Rincon v. Dep't of Homeland Security*, 539 F.3d 1133, 1137 (9th Cir. 2008) (listing the three determinations underlying a reinstatement order that may be reviewed). Angulo-Morgan does not challenge the agency's compliance with the reinstatement regulations. Accordingly, we deny the petition for review. *See Padilla v. Ashcroft*, 334 F.3d 921, 925 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**